IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MELODY JAYNE YELLOTT, ET AL.            PLAINTIFFS

VS.            CAUSE NO. 5:08cv265DCB-JMR

INTERNATIONAL PAPER COMPANY, et al.            DEFENDANTS

### AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE came for hearing upon the joint *ore tenus* motion of the parties that the same be fully and finally dismissed, with prejudice, and the Court, being advised that the parties have now concluded their settlement of this matter, finds that the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause should be and it is hereby fully and finally dismissed, with prejudice.

SO ORDERED AND ADJUDGED, this the 17th day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

/s/William M. Quin, II
Attorney for Plaintiffs

/s/Steven D. Orlansky
Attorney for Defendant